# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DARNELL PONDER, | ) |
| Petitioner, | ) ) ) |
| v. | ) Civil Action No. _____ ) |
| KHAAZRA MAARANU, | ) ) |
| Respondent, | ) ) |
| and | ) ) |
| ELECTRONIC COMMERCE LLC, | ) ) |
| Nominal Respondent. | ) |

## DEFENDANT KHAAZRA MAARANU'S NOTICE OF REMOVAL

Defendant Khaazra Maaranu, by and through his undersigned counsel, removes this action from the Court of Chancery of the State of Delaware pursuant to this Court's diversity jurisdiction.  See 28 U.S.C. §§ 1332, 1441, and 1446.  In support of removal, Maaranu submits this notice and alleges as follows:

1. Plaintiff Darnell Ponder commenced this action on August 23, 2021, by filing a Verified Petition for Judicial Dissolution and Injunctive Relief (the "Petition") in the Court of Chancery of the State of Delaware, C.A. No. 2021-0721-LWW (the "State Court Action").  On August 24, 2021, Plaintiff filed a Motion for Temporary Restraining Order (the "Motion for TRO") and a Motion for Expedited Proceedings (the "Motion to Expedite").

2. Attached as Exhibit A is a true and correct copy of the docket report from the State Court Action. In accordance with 28 U.S.C. § 1446(a), copies of all process, pleadings, and orders filed in the State Court Action are contained in Exhibit B, attached.

3. On August 24, 2021, Plaintiff's counsel sent Mr. Maaranu's counsel copies of all pleadings in the State Court Action. Accordingly, this notice of removal is filed within thirty (30) days of service of the Petition, though Plaintiff has not formally served Mr. Maaranu or nominal defendant Electronic Commerce LLC ("Electronic Commerce") and, therefore, is timely under 28 U.S.C. § 1446(b)(1).

4. The State Court Action is a civil action of which this Court has original jurisdiction under 28 U.S.C. § 1332(a) as the matter in controversy exceeds the sum or value of $75,000, exclusive of interests and costs, and is between citizens of different states.

5. Although the Petition does not specify the amount sought in damages, the Petition references an offer to buy the portfolio of nominal defendant Electronic Commerce, of which Plaintiff and Mr. Maaranu each own 50%, for $4 million. Petition ¶ 46. Plaintiff also seeks damages for Mr. Maaranu's alleged interference with litigation filed by Electronic Commerce against its customers seeking millions of dollars. Petition ¶ 68.

6. This action involves complete diversity of citizenship of the parties. As alleged in the Petition, Plaintiff is a citizen of the State of California and Mr. Maaranu is a citizen of the State of Florida. The Court need not consider the citizenship of nominal defendant Electronic Commerce because "a federal court must disregard nominal or formal parties and rest jurisdiction only upon the citizenship of real parties to the controversy." *Bumberger v. Ins. Co. of N. Am.*, 952 F.2d 764, 767 (3d Cir. 1991).

7. Pursuant to 28 U.S.C. § 1441(a) "any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants, to the district court of the United States for the district and division embracing the place where such action in pending."

8. Pursuant to 28 U.S.C. § 1446(d), Mr. Maaranu shall promptly serve a copy of this Notice on Plaintiff, and he shall file the same with the Register of the Court of Chancery of the State of Delaware.

9. Counsel of record for the Plaintiff are:

> Christopher P. Simon
> David G. Holmes
> Cross & Simon, LLC
> 1105 North Market Street, Suite 901
> Wilmington, Delaware 19801
> (302) 777-4200
>
> James C. Huber

        Global Legal Law Firm
380 Stevens Avenue, Suite 311
Solana Beach, California 92075

10. Counsel of record for Mr. Maaranu are:

        Peter B. Ladig
Bayard, P.A.
600 N. King Street, Suite 400
Wilmington, Delaware 19801

        Rod Pacheco
Eric Fromme
Pacheco & Neach PC
Three Park Plaza, Suite 120
Irvine, California 92614

11. Nothing in this Notice of Removal shall be interpreted as substantially invoking the litigation process or as a waiver or relinquishment of Mr. Maaranu's right to any defense or affirmative matter available to him under the rules of this Court or the Federal Rules of Civil Procedure or any state or federal statute.

WHEREFORE, defendant Khaazra Maaranu respectfully requests that this action be removed from the Court of Chancery of the State of Delaware, to this Court, and proceed in this Court as an action properly removed thereto.

| | |
|---|---|
| Of Counsel: | BAYARD, P.A. |
| | |
| Rod Pacheco | /s/ Peter B. Ladig |
| Eric Fromme | Peter B. Ladig (#3513) |
| Pacheco & Neach PC | 600 N. King Street, Suite 400 |
| Three Park Plaza, Suite 120 | Wilmington, Delaware 19801 |
| Irvine, California 92614 | (302) 655-5000 |
| | Attorneys for Respondent Khaazra |
| Dated: August 27, 2021 | Maaranu |